1
2
3
4
5
6
7
8
9                              UNITED STATES DISTRICT COURT
10                             NORTHERN DISTRICT OF CALIFORNIA
11                                     SAN JOSE DIVISION
12

| | |
|---|---|
| SAM ROBINSON AND RYAN ROBINSON AS TRUSTEES OF THE HOD 36 AND 291 CONSOLIDATED PENSION FUND, ET AL., <br><br> Plaintiffs, <br> v. <br><br> GENTRY MASONRY CORPORATION, <br><br> Defendants. | Case No.: C 09-01221 PVT <br><br> **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

Pursuant to Rule 55(a), the clerk's office entered default against defendant Gentry Masonry Corporation. Fed. R. Civ. P. 55(a). Plaintiffs Sam Robinson and Ryan O'Brien as trustees of the HOD 36 and 291 Consolidated Pension Fund, HOD Carriers Local Union No. 166, Bay Area Health and Welfare Fund, HOD 36 Money Purchase Pension Plan, HOD 166 Union Dues, HOD 36 Training Fund and HOD 36 Promotion Fund now move for attorneys' fees, interest and liquidated damages pursuant to the Employee Retirement Income Security Act of 1974. (collectively "plaintiffs").

ORDER, *page 1*

1  Because defendant has not consented to jurisdiction by a magistrate judge, the above-captioned action shall be reassigned to a district court judge for further adjudication.

IT IS SO ORDERED.

Dated:     September 30, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge