SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

**E-Filed 11/17/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM ROBINSON AND RYAN O'BRIEN AS TRUSTEES OF THE HOD 36 AND 291 CONSOLIDATED PENSION FUND; HOD CARRIERS LOCAL UNION #166, BAY AREA HEALTH AND WELFARE FUND, HOD 36 MONEY PURCHASE PENSION PLAN, HOD 166 UNION DUES, HOD 36 TRAINING FUND AND HOD 36 PROMOTION FUND<br><br>    Plaintiffs,<br><br>vs.<br><br>GENTRY MASONRY CORPORATION, Inc., A California Corporation<br><br>    Defendant(s). | CASE NO.: C09-01221 PVT<br><br>[PROPOSED] JUDGMENT BY DEFAULT BY COURT<br><br>DATE:  November 10, 2009<br>TIME:  10:00 A.M.<br>PLACE: Courtroom 5, 4th Floor<br>JUDGE: Hon. Mag. Judge Patricia V. Trumbull |

The defendant GENTRY MASONRY CORPORATION, Inc., A California Corporation, having been regularly served with summons and copy of complaint, having failed to appear and answer said complaint within the time allowed by law, and the default of said defendant having been duly entered, upon application to plaintiff to Court, and pursuant

-1-

Law Office of Sue Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

PROPOSED] JUDGMENT BY DEFAULT BY COURT
No:    C09-01221 PVT

to affidavit on file herein, the Court orders the following JUDGMENT.

It is ordered and adjudged that Plaintiffs SAM ROBINSON AND RYAN O'BRIEN AS TRUSTEES OF THE HOD 36 AND 291 CONSOLIDATED PENSION FUND; HOD CARRIERS LOCAL UNION #166, BAY AREA HEALTH AND WELFARE FUND, HOD 36 MONEY PURCHASE PENSION PLAN, HOD 166 UNION DUES, HOD 36 TRAINING FUND AND HOD 36 PROMOTION FUND have and recover from said Defendant GENTRY MASONRY CORPORATION, Inc., A California Corporation, the sum of $66,211.30 in contributions, $6,621.12 in liquidated damages, $19,059.47 in interest at 10% pursuant to contract from March 31, 2004 through May 31, 2009; $5,050.75 in attorney's fees, $2,312.50 in audit fees, together with costs in the sum of $443.00, for a total amount of judgment of $99,698.14.

Dated: 11/13/2009

JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Office of Sue Campbell
1155 N. First St,
Ste. 101
San Jose, CA 95112

[PROPOSED] JUDGMENT BY DEFAULT BY COURT
No: C09-01221 PVT

-2-